IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:22-CV-00519-M-RJ

| | |
|---|---|
| RICHARD POLIDI, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) ORDER<br>) |
| BOENTE et al., | )<br>) |
| Defendants. | )<br>) |

This matter comes before the court on Plaintiff's motion to set aside order [DE 102]. Plaintiff filed the instant motion in November 2024, and indicated in that motion that he would "do his best to submit" a brief in support within one "week." DE 102 at 2. Plaintiff never filed a supporting brief. *See* Docket Entries dated November 27, 2024, to present. Having never received a brief in support of Plaintiff's motion, the court can identify no basis on which to set aside its earlier order. Plaintiff's motion [DE 102] is DENIED.

SO ORDERED this 19th day of May, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE